# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

KELSEY ZUTZ, ELITE PUSH MODELS, LLC,
and LOREN J. ZUTZ,

      Plaintiffs,

v.                                                  **ORDER**
                                       Civil File No. 15-2453 (MJD/TNL)

SCOTTSDALE MODELS, LLC d/b/a
PUSH Models, and JONATHAN SACKS,

      Defendants.

Paul A. Sortland, Sortland Law Office, Counsel for Plaintiffs.

Ashley M. DeMinck and Mark T. Berhow, Hinshaw & Culbertson LLP, Counsel for Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung filed January 26, 2016. Plaintiffs filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a _de novo_ review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Leung filed January 26, 2016.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung filed January 26, 2016 [Docket No. 30].

2. Defendants' Motion to Dismiss [Docket No. 8] is **GRANTED** as follows: This matter is **TRANSFERRED** to United States District Court for the District of Arizona, Phoenix Division.

Dated: March 14, 2016              s/ Michael J. Davis
                                   Michael J. Davis
                                   United States District Court